UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO et al., <br><br>                                    Plaintiff, <br><br> -against- <br><br> UNITED STATES OF AMERICA et al., <br><br>                                    Defendant. | 25-cv-3072 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants are hereby ordered to file any opposition to plaintiffs' motion for a preliminary injunction, Dkt. 9, by **Thursday, April 24, 2025**. The Court will hear oral argument on the motion on **Wednesday, April 30, 2025**, at **2:00 PM** in Courtroom 15A, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Because defendants have yet to enter a notice of appearance on the docket, plaintiffs are hereby ordered to serve a copy of this order on defendants.

      SO ORDERED.

Dated: April 17, 2025
       New York, New York

                                                         ARUN SUBRAMANIAN
                                                       United States District Judge