UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO et al., <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES OF AMERICA et al., <br><br> Defendant. | 25-cv-3072 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the April 30, 2025 hearing, the parties may submit supplemental letters of no more than five, single-spaced pages by Friday, May 2, 2025, at 5:00 PM, on plaintiffs' application for a preliminary injunction.

Defendants should compile the administrative record and furnish it to the plaintiffs no later than May 15, 2025. If that is infeasible, defendants should advise the Court as to why that is so, and the minimum time necessary, understanding that the need for a prompt resolution of the issues raised in this case.

SO ORDERED.

Dated: April 2, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge