# Exhibit 1

**From:** Wagner Kevin <kwagner@fmcs.gov>
**Date:** April 21, 2025 at 11:45:04 AM PDT
**To:** brent.bohn@albertsons.com, Todd Walters <twalters@ufcw135.com>
**Subject: FMCS**

Brent/Todd-

My name is Kevin Wagner, and I am a Federal Mediator. I have been assigned this case. I am checking on the status of the CBA negotiations between Albertson/Vons/Pavilions and UFCW Local 135. I understand the CBA expired on 3/2.

If you need my help don't hesitate to contact me.

Kevin

Kevin J. Wagner
Commissioner
FMCS
One Independence Square
250 E Street, SW, Suite 7073
Washington, DC 20427
202-606-9140 (Office)
703-295-2006 (Work Cell)