# Exhibit 2



United States Government
**NATIONAL LABOR RELATIONS BOARD**
1015 Half Street, SE
Washington, DC 20570

April 22, 2025

*Delivered via e-mail*



Thank you for your letters dated March 18, 2025, and April 2, 2025, raising questions about the ongoing applicability of notice and filing requirements under the National Labor Relations Act (NLRA) following recent developments regarding the Federal Mediation and Conciliation Service (FMCS).

This letter serves to clarify that, despite the reduction in FMCS personnel and that agency's limited capacity to provide mediation services, all statutory obligations under Sections 8(d) and 8(g) of the NLRA remain fully in effect and binding upon all parties.

**Section 8(d) of the NLRA** requires that parties intending to modify or terminate a collective bargaining agreement must:

- Serve written notice on the other party at least 60 days prior to the expiration date of the contract.
- Offer to meet and confer regarding the proposed changes.
- Notify the FMCS and any applicable state mediation agency within 30 days after serving such notice.

**Section 8(g) of the NLRA** further requires that labor organizations provide the employer and the FMCS with at least 10 days' written notice prior to engaging in a strike, picketing, or other concerted refusal to work at any health care institution.

While FMCS's ability to provide mediation and other services may be severely limited at this time, the statutory notice requirements are not dependent on the agency's staffing levels or operational capacity. The law continues to require that all notices be timely filed with the FMCS, and parties must continue to comply with these provisions to avoid potential legal consequences.

Parties are encouraged to retain documentation of all notices sent to the FMCS and other state agencies. Parties may also choose to explore alternative dispute resolution methods, such as private mediation, as needed during this period of limited federal

Page 2

mediation resources. However, the legal requirements for notice under Sections 8(d) and 8(g) are unchanged.

Should you have any questions regarding your obligations under the NLRA, please contact your NLRB Regional Office for further guidance.

Sincerely,

William B. Cowen,
Acting General Counsel
National Labor Relations Board