**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO; UNITED FEDERATION OF TEACHERS; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; SEIU HEALTHCARE MINNESOTA & IOWA; SEIU COMMITTEE OF INTERNS AND RESIDENTS; UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO; UFCW LOCAL 135; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; UNITED NURSES ASSOCIATIONS OF CALIFORNIA/UNION OF HEALTH CARE PROFESSIONALS; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    PLAINTIFFS,<br><br>v.<br><br>GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; FEDERAL MEDIATION AND CONCILIATION SERVICE; UNITED STATES OF AMERICA; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL T. VOUGHT, in his official capacity as the Director of the Office of Management and Budget,<br><br>    DEFENDANTS. | Case No. 1:25-cv-03072-AS<br><br>**[COUNTER-PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is a Motion for Preliminary Injunction brought by Plaintiffs against Defendants Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; Federal Mediation and Conciliation Service; United States of America; United States Office of Management and Budget; and Russell T. Vought, in his official capacity as the Director of the Office of Management and Budget (collectively, "Defendants").

Having fully considered Plaintiffs' Motion for Preliminary Injunction and accompanying memorandum of law, Defendants' opposition, and all briefs, filings, evidence, arguments, and other materials presented in connection with the motion, the Court hereby GRANTS Plaintiffs' motion for good cause shown and hereby ORDERS as follow:

1. FMCS will offer to mediate, and if the offer is accepted will mediate, the disputes specifically identified by name in Plaintiffs' declarations accompanying the preliminary injunction motion.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                    Hon. Arun Subramanian
                                                                    United States District Judge