# BREDHOFF & KAISER, P.L.L.C.
*Attorneys & Counselors*

Elisabeth M. Oppenheimer
Cole D. Hanzlicek
805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX

**VIA CM/ECF**

The Honorable Arun Subramanian
Courtroom 15A
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *American Federation of Teachers, et al. v. Goldstein, et al.*,
             **Case No. 1:25-cv-03072-AS (S.D.N.Y.)**

Dear Judge Subramanian:

      Plaintiffs submit this letter in connection with the Memorandum and Order entered in *Rhode Island v. Trump*, Case No. 1:25-cv-128-JJM-LDA (D.R.I. May 6, 2025), which the federal defendants brought to this Court's attention earlier this afternoon. *See* ECF No. 48-1.

      While the district court granted the plaintiff states' motion for a preliminary injunction, it has not yet entered the injunction itself. At the end of its decision, the district court ordered the plaintiff states to "prepare and submit to the Court a preliminary injunction form order, after consultation with the Defendants." Mem. & Order, at 49.

      Plaintiffs in this case therefore renew their request for the Court to grant their motion for preliminary injunction, and enter an injunction in the form of Plaintiffs' revised proposed order (ECF No. 39). Plaintiffs here are differently situated than the plaintiff states in *Rhode Island v. Trump*, and the scope of any injunction entered in that case and the ultimate result on appeal is, at this time, uncertain.

Dated: May 6, 2025                  Respectfully submitted,

                                          */s/ Elisabeth Oppenheimer*
                                          Elisabeth Oppenheimer*
                                          (*Lead Trial Counsel*)
                                          Cole Hanzlicek*
                                          BREDHOFF & KAISER, P.L.L.C.
                                          805 Fifteenth St, N.W., Suite 1000
                                          Washington, D.C. 20005
                                          (202) 842-2600
                                          (202) 842-1888 (fax)
                                          eoppenheimer@bredhoff.com
                                          chanzlicek@bredhoff.com

                                          *Counsel for Plaintiffs*

                                          *Admitted Pro Hac Vice