

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 13, 2025

**VIA ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *American Federation of Teachers, AFL-CIO, et al. v. Goldstein, et al.*,
            No. 25 Civ. 03072 (AS)

Dear Judge Subramanian:

      This Office represents Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service ("FMCS"), the United States of America, the United States Office of Management and Budget ("OMB"), and Russell T. Vought, in his official capacity as the Director of the OMB (collectively, "Defendants" or the "Government") in the above-referenced action, in which Plaintiffs seek to enjoin the continued implementation of Executive Order 14,238 with respect to FMCS.

      We write to advise the Court that an order issuing a preliminary injunction was entered today in the District of Rhode Island pertaining to FMCS and other agencies, in *States of Rhode Island et al. v. Trump et al.*, C.A. No. 1:25-cv-128-JJM-LDA (D.R.I.). *See* Exhibit A.

      We thank the Court for its consideration of this letter.

                                        Respectfully,

                                        JAY CLAYTON
                                        United States Attorney

                    By:   */s/ Rebecca L. Salk*
                          REBECCA L. SALK
                          LAWRENCE H. FOGELMAN
                          Assistant United States Attorneys
                          86 Chambers Street, Third Floor
                          New York, NY 10007
                          Tel: (212) 637-2800

cc: Elisabeth Oppenheimer
     BREDHOFF & KAISER, P.L.L.C.
     805 Fifteenth St., N.W., Suite 1000
     Washington, D.C. 20005

2

*Counsel for Plaintiffs*
(VIA ECF)