UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO et al.,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA et al.,<br><br>Defendant. | 25-cv-3072 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On Tuesday, May 13, 2025, the United States District Court for the District of Rhode Island entered a preliminary injunction that furnishes the relief plaintiffs in this case seek on their pending motion for injunctive relief. *See* Dkt. 53-1; Dkt. 9. Meanwhile, the Court has expedited the discovery schedule in this case, which means that plaintiffs will have the administrative record by May 27, 2025, see Dkt. 54, and the Court will set a summary-judgment briefing schedule that should have this case ready for a final decision within months. In light of these developments, plaintiffs are hereby ordered to inform the Court by Friday, May 16, 2025, if there is any reason why the Court should not deny as moot the plaintiffs' motion, without prejudice to the renewal of the motion (without the need to submit further materials) if circumstances change.

SO ORDERED.

Dated: May 14, 2025
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge