**BREDHOFF & KAISER, P.L.L.C.**
*Attorneys & Counselors*

Elisabeth M. Oppenheimer
Cole D. Hanzlicek
805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX

**VIA CM/ECF**

The Honorable Arun Subramanian
Courtroom 15A
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *American Federation of Teachers, et al. v. Goldstein, et al.,*
      Case No. 1:25-cv-03072-AS (S.D.N.Y.)

Dear Judge Subramanian:

Plaintiffs submit this letter in response to the Court's Order, dated May 14, 2025, to inform the Court, in light of the preliminary injunction entered in *Rhode Island v. Trump*, Case No. 1:25-cv-00128-JJM-LDA (D.R.I. May 13, 2025), "if there is any reason why the Court should not deny as moot the plaintiffs' motion [for preliminary injunction, ECF No. 9], without prejudice to the renewal of the motion (without the need to submit further materials) if circumstances change." ECF No. 56.

Plaintiffs do not object to the Court's proposal to deny the motion for preliminary injunction as moot, without prejudice to the renewal of the motion (without the need to submit further materials) if circumstances change. Plaintiffs' position is premised on Plaintiffs' understanding that changed circumstances justifying a renewal of their motion would include any stay or reversal of the preliminary injunction by the First Circuit, or any indication that the government is implementing the *Rhode Island v. Trump* injunction in a way that does not address Plaintiffs' harms.

Dated: May 16, 2025

Respectfully submitted,

/s/ Elisabeth Oppenheimer
Elisabeth Oppenheimer*
(*Lead Trial Counsel*)
Cole Hanzlicek*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
eoppenheimer@bredhoff.com
chanzlicek@bredhoff.com

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

---

The motion for a preliminary injunction is hereby denied as moot, without prejudice to the renewal of the motion if circumstances change. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 19, 2025