# INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS PRODUCED ON MAY 27, 2025[1]

*American Federation of Teachers, AFL-CIO, et al. v. Gregory Goldstein, et al.,*
Case No. 1:25-cv-03072 (AS)

| Number | Date | Document Title | Range |
|---|---|---|---|
| 1 | 2-18-2025 | Internal email RIF Planning Instructions | FMCS_00001 – FMCS_00007 |
| 2 | 3-13-2025 | FMCS RIF and Restructuring Plan | FMCS_00008 – FMCS_00015 |
| 3 | 3-16-2025 | Executive Order Concerning FMCS | FMCS_00016 |
| 4 | 3-17-2025 | Important Field Services Updates | FMCS_00017 – FMCS_00019 |
| 5 | 3-17-2025 | Active Contracts | FMCS_00020 – FMCS_00021 |
| 6 | 3-17-2025 | Copy of Implementing the President's DOGE Cost Efficiency Initiative_Tracking | FMCS_00022 |
| 7 | 3-18-2025 | Re: Executive Order Concerning FMCS | FMCS_00023 – FMCS_00024 |
| 8 | 3-19-2025 | FMCS Statement on the Executive Order | FMCS_00025 – FMCS_00026 |
| 9 | 3-19-2025 | Request for Exception to 90 Day Comp Area Rule with email attachments | FMCS_00027 – FMCS_00034 |
| 10 | 3-20-2025 | Re: Request for Exception to 90 Day Comp Area Rule | FMCS_00035 – FMCS_00040 |
| 11 | 3-20-2025 | Re: Request for Exception to 90 Day Comp Area Rule | FMCS_00041 – FMCS_00044 |
| 12 | 3-21-2025 | Report of Full Compliance to the Executive Order | FMCS_00045 – FMCS_00059 |
| 13 | 3-24-2025 | FW: Response to DOGE Request: Collective Bargaining Cases | FMCS_00060 – FMCS_00165 |
| 14 | 3-24-2025 | Memorandum for the Record Re: Meeting with DOGE Representatives | FMCS_00166 – FMCS_00167 |
| 15 | 3-24-2025 | Re: VERA Question | FMCS_00168 – FMCS_00169 |
| 16 | 3-24-2025 | Re: FMCS Planning | FMCS_00170 |
| 17 | 3-24-2025 | Re: GSA review of FMCS contracts | FMCS_00171 – FMCS_00238 |
| 18 | 3-26-2025 | Confirmation Notice – No Severance | FMCS_00239 |
| 19 | 3-26-2025 | OPM Contacts | FMCS_00240 |

---

[1] This index has been prepared for the convenience of the Court and the parties. The index is not part of the administrative record.

| 20 | 3-26-2025 | Request for Exemption to 60-Day Notice Requirement with attachment | FMCS_00241 – FMCS_00243 |
|---|---|---|---|
| 21 | 3-26-2025 | Re: OPM Contact | FMCS_00244 – FMCS_00245 |
| 22 | 3-26-2025 | RIF Assistance for FMCS with attachment | FMCS_00246 – FMCS_00248 |
| 23 | 3-26-2025 | RIF Process | FMCS_00249 |
| 24 | 3-26-2025 | Standard Letter – Update Severance | FMCS_00250 |
| 25 | 3-26-2025 | OPM RIF Team | FMCS_00251 |
| 26 | 3-26-2025 | Re: FMCS Update | FMCS_00252 – FMCS_00253 |
| 27 | 3-27-2025 | FMCS assurance meeting all requirements of the executive order | FMCS_00254 – FMCS_00255 |
| 28 | 3-27-2025 | Re: FW: Notification of Space Termination | FMCS_00256 – FMCS_00258 |
| 29 | 3-27-2025 | Contracts Update | FMCS_00259 – FMCS_00260 |
| 30 | 3-28-2025 | Re: Contracts Update | FMCS_00261 – FMCS_00263 |
| 31 | 3-28-2025 | FMCS 1 or 2: Transition HR Services | FMCS_00264 – FMCS_00266 |
| 32 | 3-28-2025 | FW: Formal Notification of Reduction in Force with attachment | FMCS_00267 – FMCS_00270 |
| 33 | 3-28-2025 | Re: FW: Notification of Space Termination | FMCS_00271 – FMCS_00273 |
| 34 | 3-28-2025 | Re: FMCS 30 Day Exemption | FMCS_00274 – FMCS_00277 |
| 35 | 3-28-2025 | Re: OPM Contact | FMCS_00278 – FMCS_00280 |
| 36 | 3-28-2025 | Re: Office Closings for FMCS | FMCS_00281 – FMCS_00285 |
| 37 | 3-28-2025 | Re: Transition of HR Services | FMCS_00286- FMCS_00288 |
| 38 | 3-31-2025 | RIF Specific – No Severance or Retirement (Redacted) | FMCS_00289 – FMCS_00291 |
| 39 | 4-2-2025 | RIF Specific- DSR or Optional Retirement (Redacted) | FMCS_00292 – FMCS_00294 |
| 40 | 4-2-2025 | RIF Specific Severance (Redacted) | FMCS_00295 – FMCS_00297 |
| 41 | 4-2-2025 | RIF Specific Supplemental Information | FMCS_00298 – FMCS_00300 |
| 42 | 4-2-2025 | FMCS IBC | FMCS_00301 |
| 43 | 4-3-2025 | Fwd: FMCS/GSA Rent in G-Invoicing Bureau 9300 | FMCS_00302 – FMCS_00304 |
| 44 | 4-3-2025 | Re: 1111 W 22nd – FMCS (Oak Brook) – Call Updates | FMCS_00305 – FMCS_00315 |

| 45 | 4-3-2025 | Re: RIF Notices Completed | FMCS_00316 |
|---|---|---|---|
| 46 | 4-4-2025 | Healthcare strikes | FMCS_00317 |
| 47 | 4-7-2025 | Follow up to today's FMCS Buffalo & Iselin call | FMCS_00318 – FMCS_00319 |
| 48 | 4-8-2025 | Personnel Roster with names (Redacted) | FMCS_00320 – FMCS_00324 |
| 49 | 4-8-2025 | Re: Follow up to today's FMCS Buffalo and Iselin call | FMCS_00325 – FMCS_00327 |
| 50 | 4-9-2025 | Re: FMCS leases | FMCS_00328 – FMCS_00329 |
| 51 | 4-18-2025 | Fwd: Re: MOU with FMCS | FMCS_00330 – FMCS_00336 |
| 52 | 4-18-2025 | Terminated Contracts | FMCS_00337 – FMCS_00340 |
| 53 | 4-18-2025 | Fwd: FMCS Countersign | FMCS_00341 – FMCS_00345 |
| 54 | 4-18-2025 | Re: FMCS Expenditures from 040725 to 04132025 | FMCS_00346 |
| 55 | 4-21-2025 | Re: Outplacement Counseling | FMCS_00347 |
| 56 | 4-29-2025 | Re: GSA lease LOH19415 (FMCS – Independence, OH) | FMCS_00348 – FMCS_00355 |
| 57 | 5-5-2025 | Re: FMCS Weekly Expenditures from Apr 28- May 4, 2025 | FMCS_00356 – FMCS_00357 |
| 58 | 5-9-2025 | Notification of Space Termination Pursuant to March 14, 2025 Executive Order | FMCS_00358 – FMCS_00360 |