IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO; UNITED FEDERATION OF TEACHERS; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; SEIU HEALTHCARE MINNESOTA & IOWA; SEIU COMMITTEE OF INTERNS AND RESIDENTS; UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO; UFCW LOCAL 135; UFCW LOCAL 2013; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO; IAM DISTRICT 160; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; AFSCME COUNCIL 31; UNITED NURSES ASSOCIATIONS OF CALIFORNIA/UNION OF HEALTH CARE PROFESSIONALS; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    PLAINTIFFS,<br><br>v.<br><br>GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; FEDERAL MEDIATION AND CONCILIATION SERVICE; UNITED STATES OF AMERICA; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL T. VOUGHT, in his official capacity as the Director of the Office of Management and Budget,<br><br>    DEFENDANTS. | Case No. 1:25-cv-03072-AS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE THAT on a date and time to be set by the Court, in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007-1312, Plaintiffs will and hereby do move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment against Defendants on all counts of the operative complaint.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Supplemental Declarations of Joe Guzynski, David DiMaria, Jill Pitman, and the Declaration of Scott DiMauro; the declarations already contained in the record set forth in the table below, including the exhibits attached thereto; the administrative record filed by Defendants (ECF No. 63); any reply memorandum or other memorandum Plaintiffs may file; all pleadings and filings in this action; and such other filings and arguments as may be presented to the Court.

| Declaration of Miles Trager | ECF No. 11 |
|---|---|
| Declaration of Jamie Gulley | ECF No. 12 |
| Declaration of David Dashefsky | ECF No. 13 |
| Declaration of Bruce Todd Walters | ECF No. 14 |
| Declaration of Paul Shepherd | ECF No. 15 |
| Declaration of Brandon Hemming | ECF No. 16 |
| Declaration of Dalia Thornton | ECF No. 17 |
| Declaration of Joe Guzynski | ECF No. 18 |
| Declaration of Amelia Glymph | ECF No. 19 |
| Declaration of Maneesh Sharma | ECF No. 20 |
| Declaration of Javier Ramirez | ECF No. 21 |
| Declaration of Joseph Kelleher | ECF No. 22 |
| Supplemental Declaration of Bruce Todd Walters | ECF No. 32 |
| Declaration of David DiMaria | ECF No. 33 |

| | |
|---|---|
| Declaration of Rick Dahn | ECF No. 34 |
| Declaration of Jill Pitman | ECF No. 35 |
| Supplemental Declaration of Miles Trager | ECF No. 38 |

Dated: June 13, 2025

/s/ Elisabeth Oppenheimer
Elisabeth Oppenheimer*
*(Lead Trial Counsel)*
Cole Hanzlicek*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
eoppenheimer@bredhoff.com
chanzlicek@bredhoff.com

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*