IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO; UNITED FEDERATION OF TEACHERS; SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; SEIU HEALTHCARE MINNESOTA & IOWA; SEIU COMMITTEE OF INTERNS AND RESIDENTS; UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO; UFCW LOCAL 135; UFCW LOCAL 2013; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO; IAM DISTRICT 160; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; AFSCME COUNCIL 31; UNITED NURSES ASSOCIATIONS OF CALIFORNIA/UNION OF HEALTH CARE PROFESSIONALS; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    PLAINTIFFS,<br><br>v.<br><br>GREGORY GOLDSTEIN, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service; FEDERAL MEDIATION AND CONCILIATION SERVICE; UNITED STATES OF AMERICA; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL T. VOUGHT, in his official capacity as the Director of the Office of Management and Budget,<br><br>    DEFENDANTS. | Case No.: 1:25-cv-03072-AS<br><br>**SUPPLEMENTAL DECLARATION OF JOE GUZYNSKI** |

## SUPPLEMENTAL DECLARATION OF JOE GUZYNSKI

1. My name is Joe Guzynski. I am over the age of 18 and make this declaration based on my personal knowledge.

2. I previously filed a declaration in this case explaining that FMCS planned to assign three mediators who would be present throughout the bargaining at the UNAC/UHCP national negotiations with Kaiser, which began on May 5, 2025.

3. Those mediators received RIF notices at some point in March or April 2025, so they could not attend the May 2025 negotiations in their capacity as FMCS mediators. However, because we believed that they would be tremendously helpful in negotiations, the bargaining parties privately paid the three mediators to attend negotiations in May 2025.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Joe Guzynski*

_____

Joe Guzynski

Dated: June 9, 2025