

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2025

**VIA ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *American Federation of Teachers, AFL-CIO, et al. v. Goldstein, et al.*,
            No. 25 Civ. 03072 (AS)

Dear Judge Subramanian:

      This Office represents Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service ("FMCS"), the United States of America, the United States Office of Management and Budget ("OMB"), and Russell T. Vought, in his official capacity as the Director of the OMB (collectively, "Defendants") in the above-referenced action, in which Plaintiffs seek to enjoin the continued implementation of Executive Order 14,238 with respect to FMCS. We write respectfully to request a 14-day extension of time, from June 30, 2025, to July 14, 2025, to respond to the Amended Complaint filed by Plaintiffs on June 16, 2025. The Government makes this request in order to have sufficient time to prepare a response to the Amended Complaint and to discuss it with Defendants. Plaintiffs consent to this requested extension of time.

      We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

              By:    */s/ Lawrence H. Fogelman*
                      LAWRENCE H. FOGELMAN
                      REBECCA L. SALK
                      Assistant United States Attorneys
                      86 Chambers Street, Third Floor
                      New York, NY 10007
                      Tel: (212) 637-2800

cc: Elizabeth Oppenheimer
     BREDHOFF & KAISER, P.L.L.C.
     805 Fifteenth St., N.W., Suite 1000
     Washington, D.C. 20005

*Counsel for Plaintiffs*
(VIA ECF)

2