

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2025

**VIA ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *American Federation of Teachers, AFL-CIO, et al. v. Goldstein, et al.*,
            No. 25 Civ. 03072 (AS)

Dear Judge Subramanian:

      This Office represents Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service ("FMCS"), the United States of America, the United States Office of Management and Budget ("OMB"), and Russell T. Vought, in his official capacity as the Director of the OMB (collectively, "Defendants") in the above-referenced action, in which Plaintiffs seek to enjoin the continued implementation of Executive Order 14,238 with respect to FMCS. We write respectfully to request a 14-day extension of time, from June 30, 2025, to July 14, 2025, to respond to the Amended Complaint filed by Plaintiffs on June 16, 2025. The Government makes this request in order to have sufficient time to prepare a response to the Amended Complaint and to discuss it with Defendants. Plaintiffs consent to this requested extension of time.

      We thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  JAY CLAYTON
                                United States Attorney

                    By:   /s/ Lawrence H. Fogelman
                          LAWRENCE H. FOGELMAN
                          REBECCA L. SALK
                          Assistant United States Attorneys
                          86 Chambers Street, Third Floor
                          New York, NY 10007
                          Tel: (212) 637-2800

cc: Elizabeth Oppenheimer
    BREDHOFF & KAISER, P.L.L.C.
    805 Fifteenth St., N.W., Suite 1000
    Washington, D.C. 20005

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: June 30, 2025

*Counsel for Plaintiffs*
(VIA ECF)

2