

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2025

**VIA ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *American Federation of Teachers, AFL-CIO, et al. v. Goldstein, et al.*,
            No. 25 Civ. 03072 (AS)

Dear Judge Subramanian:

      This Office represents Gregory Goldstein, in his official capacity as Acting Director of the Federal Mediation and Conciliation Service ("FMCS"), the United States of America, the United States Office of Management and Budget ("OMB"), and Russell T. Vought, in his official capacity as the Director of the OMB (collectively, "Defendants") in the above-referenced action, in which Plaintiffs seek to enjoin the continued implementation of Executive Order 14,238 with respect to FMCS. On Thursday, the Government will file as a combined brief its opposition to Plaintiffs' motion for summary judgment (Dkt. 68), and the Government's cross-motion to dismiss and for summary judgment. In light of the fact that the Government is combining its filings into one brief, and also in light of the need to address recent Supreme Court decisions including *Trump v. CASA, Inc.*, 606 U.S. ___ (2025), we write respectfully to request an increase in the word limit from 8750 words to 12,000 words. Plaintiffs consent to this request.

      We thank the Court for its consideration of this request.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: July 7, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   */s/ Lawrence H. Fogelman*
      LAWRENCE H. FOGELMAN
      REBECCA L. SALK
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2800

cc: Elizabeth Oppenheimer
    BREDHOFF & KAISER, P.L.L.C.
    805 Fifteenth St., N.W., Suite 1000

Washington, D.C. 20005
*Counsel for Plaintiffs*
(VIA ECF)