UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES OF AMERICA et al., <br><br> Defendants. | 25-cv-3072 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The Court plans to adjourn the hearing currently scheduled for September 18, 2025. By September 17, 2025, the parties should file a joint letter providing proposed dates for oral argument in November 2025. The letter should also address any factual developments concerning this case that bear mention (this can be laid out in separate sections if the parties disagree on what to include).

 SO ORDERED.

Dated: September 11, 2025
   New York, New York

                 _____
                  ARUN SUBRAMANIAN
                  United States District Judge