# BREDHOFF & KAISER, P.L.L.C.
*Attorneys & Counselors*

Elisabeth M. Oppenheimer
Cole D. Hanzlicek
805 Fifteenth St. NW, Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX

**VIA CM/ECF**

The Honorable Arun Subramanian
Courtroom 15A
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *American Federation of Teachers, et al. v. Goldstein, et al.*,
        Case No. 1:25-cv-03072-AS (S.D.N.Y.)

Dear Judge Subramanian:

The parties write to jointly request that the deadline to provide their letter to the Court be moved from September 17, 2025, to September 24, 2025. *See* 9/11/25 Minute Order. The additional week will allow the parties to consult with their clients and ensure that they can provide a full update to the Court on any relevant factual developments.

Should the Court need the parties' argument availability earlier, the parties respectfully request that they be permitted to file a letter on September 17 with argument availability, and a second letter on September 24 with factual updates.

The parties thank the Court for its attention to this matter.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Elisabeth Oppenheimer*
Elisabeth Oppenheimer*
(*Lead Trial Counsel*)
Cole Hanzlicek*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
eoppenheimer@bredhoff.com
chanzlicek@bredhoff.com

*Counsel for Plaintiffs*

GRANTED. The conference currently set for September 18, 2025, is hereby canceled. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 99.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 15, 2025