**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, AFL-CIO; *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> ANNA DAVIS, in her official capacity as Agency Head – General Counsel Performing the Duties of the Director of the Federal Mediation and Conciliation Service, *et al.*, <br><br>   Defendants. | Case No.: 1:25-cv-03072-AS <br><br> **SECOND SUPPLEMENTAL DECLARATION OF JOE GUZYNSKI** |

1. My name is Joe Guzynski. I am over 18 years old. The information in this second supplemental declaration is based on my personal knowledge and experience.

2. As noted in my first declaration, I am the Executive Director at United Nurses Associations of California/Union of Health Care Professionals ("UNAC/UHCP").

3. As described in my previous two declarations, UNAC/UHCP has been engaged in bargaining with Kaiser over multiple contracts. After FMCS terminated most of its mediators in March, UNAC/UHCP privately paid for former FMCS mediators to assist with the Kaiser bargaining. When those mediators were re-hired as a result of the injunction in *Rhode Island v. Trump*, they again began assisting with bargaining in their official capacity as FMCS mediators. The parties are still negotiating, but the mediators' assistance so far has been invaluable.

4. UNAC/UHCP bargains numerous contracts each year for units of workers in the health field, including for units of less than 250 members. UNAC/UHCP regularly relies on FMCS mediators in negotiating those contracts. If FMCS mediators were unavailable, my opinion based on my experience is that bargaining would take longer, lead to more dissatisfaction, and lead to more labor disputes.

5. It is not realistic for UNAC/UHCP to hire private mediators to replace FMCS mediators, as it would place too great a strain on UNAC/UHCP's budget.

6. If FMCS mediators were not available, it would be much harder for UNAC/UHCP to accomplish its core mission of bargaining good contracts for members.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joe Guzynski

Dated:  September 22, 2025