

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 30, 2025

**VIA ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *American Federation of Teachers, AFL-CIO, et al. v. Goldstein, et al.*,
            No. 25 Civ. 03072 (AS)

Dear Judge Subramanian:

      This Office represents Anna Davis, in her official capacity as Agency Head – General Counsel Performing the Duties of the Director of the Federal Mediation and Conciliation Service ("FMCS"), the United States of America, the United States Office of Management and Budget ("OMB"), and Russell T. Vought, in his official capacity as the Director of the OMB (collectively, "Defendants") in the above-referenced action. In light of the ongoing government shutdown and Chief Judge Swain's October 2, 2025 order staying cases in which the United States Attorney's Office for the Southern District of New York has appeared as a party, the parties write jointly to request that the hearing in the above-captioned matter that is currently scheduled for November 6, 2025, be rescheduled to a date at least one week after the shutdown ends. This will allow the parties sufficient time to prepare for the argument when the shutdown ends.

      The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/* Lawrence H. Fogelman
       LAWRENCE H. FOGELMAN
       REBECCA L. SALK
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2800

GRANTED. Once the shutdown has finished, the parties shall submit a joint letter to the Court with proposed dates for the rescheduled hearing. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 112.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 31, 2025

    cc: Elisabeth Oppenheimer
        BREDHOFF & KAISER, P.L.L.C.
        805 Fifteenth St., N.W., Suite 1000

Washington, D.C. 20005
*Counsel for Plaintiffs*
(VIA ECF)