UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Federation of Teachers, AFL-CIO et al.,<br><br>                Plaintiffs,<br><br>    -against-<br><br>United States of America et al.,<br>               Defendants. | 25-cv-3072 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court directs the parties to meet and confer and submit a joint letter within 7 days of this order explaining their respective positions on the effects on this case of the opinion and judgment in *State of Rhode Island, et al. v. Trump et al.*, No. 25-cv-128, Dkts. 99–100 (D.R.I. November 21, 2025).

      SO ORDERED.

Dated:  November 25, 2025
       New York, New York

_____
    ARUN SUBRAMANIAN
   United States District Judge