UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Federation of Teachers, AFL-CIO, et al.,

                   Plaintiffs,

-against-

United States of America, et al.,

                   Defendants.

25-CV-3072 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       The hearing scheduled for tomorrow, December 17, 2025, is hereby rescheduled to 1:30 p.m. in Courtroom 15A of the 500 Pearl Street courthouse.

       SO ORDERED.

Dated: December 16, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge