UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| American Federation of Teachers, AFL-CIO, et al.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>United States of America, et al.,<br><br>       Defendants. | 25-CV-3072 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing, the parties are directed as follows:

- Plaintiffs shall place on the docket the document that suggests a new minimum-bargaining-size threshold by FMCS by 3 p.m. tomorrow, December 18, 2025, and
- Defendants shall file a response by Wednesday, December 24, 2025, addressing the issues discussed on the record.

SO ORDERED.

Dated: December 17, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge