**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
American Federation of Teachers, AFL-CIO et
al.,

                              Plaintiff,

          -against-

Anna Davis, in her official capacity as Agency
Head – General Counsel Performing the Duties
of the Director of the Federal Mediation and
Conciliation Service et al.,

                         Defendants.
-----------------------------------------------------------------X

            25 **CIVIL** 3072 (AS)

            **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 30, 2025, Plaintiffs' motion for summary judgment is GRANTED. Defendants' policy disallowing the assignment of FMCS mediators to negotiations and disputes in the healthcare industry where the bargaining units are smaller than 250 employees, or in other industries where the bargaining units are smaller than 1,000 employees, is hereby set aside and vacated. Defendants are ordered to reverse the reduction in force at FMCS justified by that policy. Defendants' motion for dismissal or summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      January 2, 2026

                                     **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

         **BY:**          K. mango

                                    _____
                                     **Deputy Clerk**