UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF
TEACHERS, AFL-CIO, *et al.,*

Plaintiffs,

v.

ANNA DAVIS, in her official capacity as
Agency Head – General Counsel Performing
the Duties of the Director of the Federal
Mediation and Conciliation Service, *et al.,*

Defendants.

No. 25 Civ. 3072 (AS)

**NOTICE OF APPEAL**

All Defendants appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on January 2, 2026.

Dated:    New York, New York
          February 27, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ Lawrence H. Fogelman
       Lawrence H. Fogelman
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York  10007
       Telephone: 212-637-2719
       E-mail: Lawrence.Fogelman@usdoj.gov