**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 30 2026

1:25-cv-03072-AS

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-six.

| | |
|---|---|
| American Federation of Teachers, AFL-CIO, United Federation of Teachers, Service Employees International Union, AFL-CIO, SEIU Healthcare Minnesota & Iowa, SEIU Committee of Interns and Residents, United Food and Commercial Workers International Union, AFL-CIO, International Association of Machinists and Aerospace Workers, AFL-CIO, IAM District 160, American Federation of State, County & Municipal Employees, AFL-CIO, United Nurses Associations of California/Union of Health Care Professionals, American Federation of Government Employees, AFL-CIO, American Federation of Labor and Congress of Industrial Organizations, UFCW Local 2013, AFSCME Council 31, National Education Association, Ohio Education Association, UFCW Local 135, | **ORDER**<br>Docket No. 26-461 |

Plaintiffs - Appellees,

v.

United States of America, Federal Mediation and Conciliation Service, Russell T. Vought, in his official capacity as the Director of the Office of Management and Budget, United States Office of Management & Budget, Anna Davis, in her official capacity as Agency Head ? General Counsel Performing the Duties of the Director of the Federal Mediation and Conciliation Service,

Defendants - Appellants.

**MANDATE ISSUED ON 03/30/2026**

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit